UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Law Offices of Mark W Ford, LLC*
*4 1/2 North Broadway, PO Box 110*
*Gloucester City, NJ 08030*
*(856) 456-8811*
*(856) 456-8558 Fax*

Order Filed on February 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:
*Kathleen L. Mason*

Case No.: 17-12176-JNP

Chapter: 13

Hearing Date: February 28th, 2017

Judge: Poslusny

**ORDER GRANTING** _____ **Motion To Extend Stay**

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: February 28, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's _____ to extend stay _____, and any related responses or objections, it is hereby

ORDERED that:

*1.  That the automatic stay is extended for all property including but not limited to 1446 South 9th Street, City of Camden, County of Camden, in the State of New Jersey 08106*