| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Kathleen L. Mason | |

Order Filed on February 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case No.: | 17-12176 |
| Hearing Date: | 2/28/2017 |
| Chapter: | 13 |
| Judge: | JNP |

# ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

The matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements, and directing the appearance of the debtor(s).

It is hereby **ORDERED** that

__XX__  The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.   The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

____  The credit counseling certificate(s) filed by the debtor(s) is not satisfactory. The Court finds that the debtor(s) has not met the credit counseling requirements of the Bankruptcy Code, therefore, the case is DISMISSED.

____  A credit counseling certificate has not been submitted by the debtor(s).  The Court finds that the debtor(s) has not met the credit counseling requirements of the Bankruptcy Code, therefore, case is DISMISSED.

____  The debtor(s) did not appear in Court as directed in the Order to Show Cause. The case is DISMISSED.

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen L. Mason  
       Debtor

Case No. 17-12176-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 28, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db          +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Mark W. Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net  
        R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 6