UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*Law Offices of Mark W Ford, LLC*
*4 1/2 North Broadway, PO Box 110*
*Gloucester City, NJ 08030*
*(856) 456-8811*
*(856) 456-8558 Fax*

**Order Filed on February 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:
*Kathleen L. Mason*

Case No.: 17-12176-JNP

C h a p t e r : 1 3

Hearing Date: February 28th, 2017

Judge: Poslusny

**ORDER GRANTING                Motion To Extend Stay**

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* _____ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: February 28, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's _____ to extend stay _____, and any related responses or objections, it is hereby

ORDERED that:

<u>1. That the automatic stay is extended for all property including but not limited to 1446 South 9th Street, City of Camden, County of Camden, in the State of New Jersey 08106</u>

_____
_____
_____

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-12176-JNP
Kathleen L. Mason                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1              Date Rcvd: Feb 28, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db              +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Mark W. Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com,
           dsorbello@MarkFordLaw.comcastbiz.net
          R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6