UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark W. Ford, Esq.
4 1/2 North Broadway, PO Box 110
Gloucester City, NJ 08030
P: 856-456-8811
F: 856-456-8558
Attorney for Debtor

**Order Filed on August 22, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kathleen Mason

| | |
|---|---|
| Case Number: | 17-12176 ABA |
| Hearing Date: | August 22, 2017 |
| Judge: | Andrew Altenburg, Jr. |
| Chapter: | 13 |

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 22, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Mark W. Ford_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*