**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Jennifer R. Gorchow, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| **IN RE:**<br><br>KATHLEEN L. MASON<br><br>**Debtor(s).** | Proceedings in Chapter 13<br><br>Case No. 17-12176 (JNP)<br><br>Hearing Date: December 19, 2017<br><br>Judge: Jerrold N. Poslusny, Jr. |

### TRUSTEE'S OBJECTION TO MOTION TO REOPEN CASE

Jennifer R. Gorchow, Staff Attorney for Isabel C. Balboa, Chapter 13 Standing Trustee, hereby objects to Debtor(s)' Motion to Reopen Chapter 13 Case for the reasons set forth below:

X  Debtor(s) have failed to demonstrate newly discovered evidences as required by F.R.C.P.
   59, as made applicable by F.R.B.P. 9023

X  Debtor(s) have failed to establish grounds to vacate dismissal as required by F.R.C.P. 60(b),
   as made applicable by F.R.B.P. 9024

____  Debtor(s)' motion is untimely under F.R.B.P. 9023 (14 days)

X  The debtor(s) have failed to provide evidence they have sufficient funds to bring the case
   current.

X  The debtor(s) do not have all of the funds necessary to bring plan payments current and failed to address the remaining arrears.

X  As of the date of this objection, the debtor(s)' plan arrears total $7,000 as all funds have been refunded to Debtor.

X  The debtor(s) have failed to supply the Trustee with the following items:

     X  Tax returns for non-filing spouse
     ____  Proof of income
     ____  Valuation of real property
     ____  Amended schedules :

    Required schedules/statements
    Other:

X    The debtor(s) have failed to attend the §341(a) Meeting; scheduled March 2, 2017; May 11, 2017; July 6, 2017.

X    The general unsecured creditors may be prejudiced by the expiration of the bar date.

X    Other:; Incorrect form of Order provided with Motion.

Dated: 12/1/2017                                                */s/ Jennifer R. Gorchow*
                                                                          Jennifer R. Gorchow
                                                                          Staff Attorney