UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MARK W. FORD, ESQUIRE
LAW OFFICES OF MARK W. FORD, LLC
4 ½ NORTH BROADWAY
GLOUCESTER CITY, NJ 08035
PHONE: (856) 456-8811

Order Filed on March 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

KATHLEEN L. MASON

Case No.:  17-12176-JNP

Chapter:  13

Judge:  JERROLD N. POSLUSNY

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

DATED: March 19, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court by the debtor's Motion to Reinstate Case; the Court having considered any objections filed; and for good cause shown; it is

ORDERED that the case is reinstated effective as of the date of this order. The order dismissing this case dated 10/19/2017, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the Court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Meeting of Creditors has not been concluded, the debtor must contact the case trustee to schedule a new date.

IT IS FURTHER ORDERED that if this is a Chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled to _____ (A DATE PICKED BY THE JUDGE to be held _____ at the U.S. Bankruptcy Court before the Honorable Jerrold N. Poslusny, at the U.S. Post Office & Federal Building at 401 Market Street in Camden, New Jersey on the 4th Floor, in courtroom 4C.

IT IS FURTHER ORDERED that the debtor must, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file Local Form *Certification of Service*. This Order will be effective as to such parties only upon service in accordance with this Order.

**IT IS FURTHER ORDERED that** the DEBTOR, KATHLEEN MASON, shall come current with the Trustee in the amount of $5,535.00, and the Debtor shall also provide to the Trustee's, at the request of the Trustee, the Debtor's non-filing spouse's copy of his 2016 tax return.

DATED: _____

HONORABLE JERROLD N. POSLUSNY