Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12176−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen L. Mason
   fka Kathleen L Baylock, fka Kathleen L Langston
   1446 S. 9th Street
   Camden, NJ 08104

Social Security No.:
   xxx−xx−0283

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/18/18
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 19, 2018
JAN: ld

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                 Case No. 17-12176-JNP
Kathleen L. Mason                                                      Chapter 13
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Mar 19, 2018
                              Form ID: 132             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db            +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544
cr             City of Camden,    City Attorney,    City Hall, 4th Floor,    Suite 419,    PO Box 95120,
                Camden, NJ 08101-5120
516628291      Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
516628293      Aspen Mastercard,    PO Box 105555,    Atlanta, GA 30348-5555
516628294      CCMUA,   PO Box 1105,    Bellmawr, NJ 08099-5105
516680485     +Camden County MUA,    1645 Ferry Ave,    Camden NJ 08104-1311
516628295      Cherry Hill Municipal Court,    820 Mercer Street,    Cherry Hill, NJ 08002-2688
516715131      City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                Suite 419, City Hall,    Camden, NJ 08101
516628296      City of Camden,    City Hall, Room 105, 6th & Market Sts.,    PO Box 95120,
                Camden, NJ 08101-5120
516628298     +Deptford Township Municipal Court,    1011 Cooper Street,    Deptford, NJ 08096-3076
516628300      Midland Funding, LLC,    C/O Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516628302      PNC Bank,   PO Box 3429,    Pittsburgh, PA 15230-3429
516628303     +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516628301     +Pennsauken Municipal Court,    2400 Bethel Avenue,    Pennsauken, NJ 08109-2791
516628304      State Of New Jersey,    Dept. Of Labor And Workforce Development,    PO Box 951,
                Trenton, NJ 08625-0951
516628305      State Of New Jersey Motor Vehicle,    Violations Surcharge System,    PO Box 4850,
                Trenton, NJ 08650-4850
516628306      Verizon,   PO Box 4833,    Trenton, NJ 08650-4833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516652142      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 00:04:16
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK 73124-8848
516628299     +E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2018 23:53:58      Ditech Financial LLC,
                1400 Turbine Drive,    Rapid City, SD 57703-4719
516827619      E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2018 23:53:58
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516802381     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 23:54:15      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516628292*     Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
516628297*     City of Camden,    City Hall, Room 105, 6th & Market Sts.,    PO Box 95120,
                Camden, NJ 08101-5120
516628307*     Verizon,   PO Box 4833,    Trenton, NJ 08650-4833
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin               Page 2 of 2                  Date Rcvd: Mar 19, 2018
                              Form ID: 132              Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Mark W Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com
              Michelle  Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```