Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    Kathleen L. Mason

Case No.: _____17-12176_____

Judge: _____

Debtor(s)    Chapter: _____13_____

## CHAPTER 13 PLAN AND MOTIONS

☑Original                    ☑Modified/Notice Required          ☐Discharge Sought
☐Motions Included            ☐Modified/No Notice Required        ☐No Discharge Sought

Date: ___11-25-17___

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

    a.  The Debtor shall pay _700.00_ to the Chapter 13 Trustee, starting on _3/2017_ for approximately 60 months

    b.  The Debtor shall make plan payments to the Trustee from the following sources:
       ☑    Future Earnings
       ☐    Other sources of funding (describe source, amount and date when funds are available):

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

c. Use of real property to satisfy plan obligations:
    ☐   Sale of real property
        Description:
        Proposed date for completion:        _____

    ☐   Refinance of real property
        Description:
        Proposed date for completion:        _____

    ☐   Loan modification with respect to mortgage encumbering property
        Description:
        Proposed date for completion:        _____

d.   ☐   The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.   ☐   Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Cherry Hill Municipal Court | Taxes and certain other debts | 0.00 |
| Deptford Township Municipal Court | Taxes and certain other debts | 0.00 |
| Pennsauken Municipal Court | Taxes and certain other debts | 0.00 |
| State Of New Jersey | Taxes and certain other debts | 0.00 |
| Mark W. Ford | Attorney Fees | 2900.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in

2

Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

### NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| Ditech Financial LLC | 1446 S. 9th Street Camden, NJ  08104 | 65,000.00 | 00 | None | no value | n/a | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c.  Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d.  Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

### e.  Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| CCMUA | 1446 S. 9th Street, Camden, NJ  08104 | 0 |
| City of Camden | 1446 S. 9th Street, Camden, NJ  08104 | 0 |
| City of Camden | 1446 S. 9th Street, Camden, NJ  08104 | 0 |

## Part 5:  Unsecured Claims

a.  **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

_____ Not less than $____ to be distributed *pro rata*

_____ Not less than ___ percent

__X__ *Pro Rata* distribution from any remaining funds

b.  **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

3

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

## Part 7:  Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens under 11 U.S.C. Section 522(f).
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

### b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Ditech Financial | 1446 S. 9th Street Camden, NJ  08104 | 65,000.00 |
| | | |
| | | |

### c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| | | | 24,509.06 |

## Part 8:  Other Plan Provisions

### a.  Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b.  Payment Notices

4

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:
1)   Trustee Commissions
2)   Mark W. Ford
3)   Secured Claims
4)   Lease Arrearages
5)   Priority Claims
6)   General Unsecured Claims

### d.  Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 :  Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:_____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Adding payment of attorney fees as priorty | adding attorney fees |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes          ☐ No

## Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date      November 25, 2017                    /s/ Mark W. Ford, Esq
                                               Mark W. Ford, Esq
                                               Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   November 25, 2017                      /s/ Kathleen L. Mason
                                               Kathleen L. Mason
                                               Debtor

Date:   _____                _____
                                               Joint Debtor

5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12176-JNP
Kathleen L. Mason                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: pdf901          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db          +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544
cr           City of Camden,   City Attorney,   City Hall, 4th Floor,    Suite 419,   PO Box 95120,
             Camden, NJ  08101-5120
516628291    Allied Interstate,   PO Box 1954,    Southgate, MI 48195-0954
516628293    Aspen Mastercard,   PO Box 105555,    Atlanta, GA 30348-5555
516628294    CCMUA,   PO Box 1105,   Bellmawr, NJ 08099-5105
516680485   +Camden County MUA,    1645 Ferry Ave,   Camden NJ 08104-1311
516628295    Cherry Hill Municipal Court,    820 Mercer Street,   Cherry Hill, NJ 08002-2688
516715131    City of Camden,   Dept. of Water & Sewer,   c/o Office of the City Attorney,
             Suite 419, City Hall,   Camden, NJ 08101
516628296    City of Camden,   City Hall, Room 105, 6th & Market Sts.,   PO Box 95120,
             Camden, NJ 08101-5120
516628298   +Deptford Township Municipal Court,    1011 Cooper Street,   Deptford, NJ 08096-3076
516628300    Midland Funding, LLC,   C/O Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516628302    PNC Bank,   PO Box 3429,   Pittsburgh, PA 15230-3429
516628303   +PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
516628301   +Pennsauken Municipal Court,    2400 Bethel Avenue,   Pennsauken, NJ 08109-2791
516628304    State Of New Jersey,   Dept. Of Labor And Workforce Development,   PO Box 951,
             Trenton, NJ 08625-0951
516628305    State Of New Jersey Motor Vehicle,   Violations Surcharge System,   PO Box 4850,
             Trenton, NJ 08650-4850
516628306    Verizon,   PO Box 4833,   Trenton, NJ 08650-4833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516652142    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 00:04:03
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
516628299   +E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2018 23:53:58    Ditech Financial LLC,
             1400 Turbine Drive,   Rapid City, SD 57703-4719
516827619    E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2018 23:53:58
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
516802381   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 23:54:15    MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN, MI 48090-2011
                                                                                     TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516628292*   Allied Interstate,   PO Box 1954,    Southgate, MI 48195-0954
516628297*   City of Camden,   City Hall, Room 105, 6th & Market Sts.,   PO Box 95120,
             Camden, NJ 08101-5120
516628307*   Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2018
                                 Form ID: pdf901          Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor     EVERBANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Mark W. Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com,
           dsorbello@MarkFordLaw.comcastbiz.net
          Michelle  Banks-Spearman    on behalf of Creditor   City of Camden MiSpearm@ci.camden.nj.us,
           NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;NoCarrer@ci.camden.nj.us
          R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8