UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

Order Filed on July 24, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Kathleen Mason f/k/a Kathleen Baylock f/k/a Kathleen Langston

| | |
|---|---|
| Case Number: | 17-12176-JNP |
| Hearing Date: | July 24, 2018 at 10:00 am |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RESCHEDULING 341 MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 24, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

.A notice of motion having been filed on June 27, 2018, by Mark W. Ford, Esquire for an entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or certification is granted.

The successful party shall serve this order on the debtor, and trustee and all parties who entered an appearance on this matter.