| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Offices of Mark W. Ford, LLC | |
| 4 ½ North Broadway, PO Box 110 | |
| Gloucester City, NJ 08030 | Order Filed on July 24, 2018 by |
| 856-456-8811/856-456-8558 (Fax) | Clerk U.S. Bankruptcy Court |
| Attorney for the debtor | District of New Jersey |
| In Re: | Case Number: 17-12176-JNP |
| Kathleen Mason f/k/a Kathleen Baylock f/k/a Kathleen Langston | Hearing Date: July 24, 2018 at 10:00 am |
| | Judge: Jerrold N. Poslusny, Jr. |
| | Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RESCHEDULING 341 MEETING OF CREDITORS

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 24, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

.A notice of motion having been filed on June 27, 2018, by Mark W. Ford, Esquire for an entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or certification is granted.

The successful party shall serve this order on the debtor, and trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12176-JNP
Kathleen L. Mason                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Jul 24, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db              +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Mark W Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9