Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  17−12176−JNP
          Chapter:  13
          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen L. Mason
   fka Kathleen L Baylock, fka Kathleen L
   Langston
   1446 S. 9th Street
   Camden, NJ 08104

Social Security No.:
   xxx−xx−0283

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/17/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 17, 2018
JAN: cmf

                                              Jeanne Naughton
                                              Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 17-12176-JNP
Kathleen L. Mason                                             Chapter 13
          Debtor              CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 2             Date Rcvd: Sep 17, 2018
                              Form ID: 148                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
db             +Kathleen L. Mason,    1446 S. 9th Street,    Camden, NJ 08104-1544
cr              City of Camden,    City Attorney,    City Hall, 4th Floor,   Suite 419,   PO Box 95120,
                 Camden, NJ  08101-5120
516628291       Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
516628293       Aspen Mastercard,    PO Box 105555,    Atlanta, GA 30348-5555
516628294       CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
516680485      +Camden County MUA,    1645 Ferry Ave,    Camden NJ 08104-1311
516628295       Cherry Hill Municipal Court,    820 Mercer Street,    Cherry Hill, NJ 08002-2688
516628296       City of Camden,    City Hall, Room 105, 6th & Market Sts.,    PO Box 95120,
                 Camden, NJ 08101-5120
517450129      +City of Camden,    Dept. of Revenue & Collection,    Suite 419 - City Hall,    520 Market Street,
                 Camden, NJ 08102-1300
516715131       City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                 Suite 419, City Hall,    Camden, NJ 08101
516628298      +Deptford Township Municipal Court,    1011 Cooper Street,   Deptford, NJ 08096-3076
516628300       Midland Funding, LLC,    C/O Pressler & Pressler,    7 Entin Road,   Parsippany, NJ 07054-5020
516628302       PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
516628303      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516628301      +Pennsauken Municipal Court,    2400 Bethel Avenue,    Pennsauken, NJ 08109-2791
516628304       State Of New Jersey,    Dept. Of Labor And Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951
516628305       State Of New Jersey Motor Vehicle,    Violations Surcharge System,    PO Box 4850,
                 Trenton, NJ 08650-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2018 23:53:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2018 23:53:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516652142       EDI: AIS.COM Sep 18 2018 03:28:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
516628299      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 23:53:00      Ditech Financial LLC,
                 1400 Turbine Drive,    Rapid City, SD 57703-4719
516827619       E-mail/Text: bankruptcy.bnc@ditech.com Sep 17 2018 23:53:00
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516802381      +EDI: MID8.COM Sep 18 2018 03:28:00      MIDLAND FUNDING LLC,   PO BOX 2011,
                 WARREN, MI 48090-2011
516628306       EDI: VERIZONCOMB.COM Sep 18 2018 03:28:00      Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516628292*      Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
516628297*      City of Camden,    City Hall, Room 105, 6th & Market Sts.,    PO Box 95120,
                 Camden, NJ 08101-5120
516628307*      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 17, 2018
                              Form ID: 148             Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    EVERBANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Mark W Ford    on behalf of Debtor Kathleen L. Mason markfordlaw@juno.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              R. A. Lebron    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```